■ THE PEOPLE OF THE STATE OF NEW YORK v JERRY YOUNG.—Application in the nature of a writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Murphy, P. J., Sandler, Ross, Carro and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v ANGEL MALDONADO.—*Sua sponte,* reconsideration of appeal granted, and this court's order (131 AD2d 154) entered on November 5, 1987 vacated; appellant's motion for renewal granted and, upon renewal, his *pro se* supplemental brief deemed as filed, and appellant granted leave to file, if he so chooses, a further *pro se* brief for the June 1988 Term, all as indicated. Concur—Sandler, J. P., Sullivan, Milonas, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v CESAR TORRES, Also Known as CAESAR TORRES.—Application in the nature of a writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Kupferman, J. P., Carro, Asch, Ellerin and Wallach, JJ.